UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          CASE NO. 2:21-CV-20028-001

CYNIA LEE MORGAN                                                                            DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 27) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this November 4, 2021.

*/s/ P. K. Holmes III*
P.K. HOLMES III
U.S. DISTRICT JUDGE